IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RANDALL BURNETTE ) | |
| AIS #135390, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:16-CV-146-WHA |
| ) | |
| KARLA JONES, ) | |
| ) | |
| Defendant. ) | |

### RECOMMENDATION OF THE MAGISTRATE JUDGE

This 42 U.S.C. § 1983 action is pending before the court on a complaint filed by William Randall Burnette ("Burnette"), an indigent state inmate, challenging actions taken against him at the Ventress Correctional Facility. On June 1, 2016, Burnette filed a motion to dismiss this case (Doc. No. 45). The Court entered a Recommendation on this same date that the motion to dismiss be granted (Doc. No. 46). On June 2, 2016, Burnette filed a second motion to dismiss (Doc. No. 49), asserting virtually identical grounds for dismissal as his first motion to dismiss.

Upon consideration of the plaintiff's second motion to dismiss (Doc. No. 49), the court concludes that this motion is due to be denied as moot in light of the Recommendation entered on June 1, 2016 granting his initial motion to dismiss.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The plaintiff's motion to dismiss filed on June 2, 2016 be DENIED.

1

2. This case be DISMISSED without prejudice in accordance with the Recommendation entered on June 1, 2016 (Doc. No. 46).

It is further

ORDERED that on or before June 20, 2016 the plaintiff may file objections to the Recommendation. The plaintiff must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a de novo determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the plaintiff to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11TH C$_{IR}$. R. 3-1. *See Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

DONE, on this the 6th day of June, 2016.

/s/ Susan Russ Walker
Susan Russ Walker
Chief United States Magistrate Judge
