IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RANDALL BURNETTE, #135390, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO 2:16-cv-146-WHA ) |
| KARLA JONES, | ) (WO) ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Recommendations of the Magistrate Judge (Docs. #46 and #52). There being no timely objections filed to the Recommendations, and after a review of the file, the Recommendations are ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's Motions to Dismiss (Docs. #45 and #49) are GRANTED.

2. This case is DISMISSED without prejudice.

3. No costs are taxed herein.

DONE this 28th day of June, 2016.

/s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE